UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION




RECEIVED
MAR 31 2008
Mar 31, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Rodney Sangster

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Cook County Sheriff Michael Sheahan
CCDOC Employees
SGT Cruz, Badge #1874

SGT Salemi, Badge #1543

Lt. Smith, Badge #153

Officer Jacobsen, Badge #8781

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

Case N (To be supplied by the Clerk of this Court)

08CV1835
JUDGE NORGLE
MAG. JUDGE VALDEZ

CHECK ONE ONLY:

__xxx__      COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code (state, county, or municipal defendants)

_____      COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331(a) U.S. Code (federal defendants)

_____      OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

1

I. Plaintiff(s):

    A. Name: Rodney Sangster

    B. List all aliases: Tony Martin, Rodney Payton

    C. Prisoner identification number: CCDOC #20050095110, Illinois DOC #B36843

    D. Place of present confinement: Vandalia Correctional Center

    E. Address: PO Box 500 Vandalia, IL 62471

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II. Defendant(s):

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

    A. Defendant: Michael Sheahan

    Title: Former Cook County Sheriff

    Place of Employment: Cook County Sheriff's Office

    B. Defendant: SGT (First Name Unknown) Cruz, Badge #1874

    Title: Supervisor First Shift

    Place of Employment: Cook County Department of Corrections, Division 8 Residential Treatment Unit, Medical

    C. Defendant: SGT (First Name Unknown) Salemi, Badge #1543

    Title: Supervisor Second Shift

    Place of Employment: Cook County Department of Corrections, Division 8 Residential Treatment Unit, Medical

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

## II. Defendants

D. Defendant: Lt. (First Name Unknown) Smith, Badge #153

   Title: First Shift Supervisor

   Place of Employment: Cook County Department of Corrections, Division 8 Residential Treatment Unit, Medical

E. Defendant: Corrections Officer (First Name Unknown) Jacobsen, Badge #8781

   Title: Corrections Officer, First Shift, Dorm Officer

   Place of Employment: Cook County Department of Corrections, Division 8 Residential Treatment Unit, Medical

III. Exhaustion of Administrative Remedies

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

A. Is there a grievance procedure available at your institution?

YES (xx)   NO ( )   If there is no grievance procedure, skip to F.

B. Have you filed a grievance concerning the facts in this complaint?

YES (xx)   NO ( )

C. If your answer is YES:

1. What steps did you take?
Filed a grievance in accordance with local grievance procedures after the attack. Verbal complaints were made to each of the named defendants for 3 weeks previous to the incident expressing conern for his personal safety.

2. What was the result?
After the attack and the grievance, a criminal case was filed against the attackers.

3. If the grievance was not resolved to your satisfaction, did you appeal?
Yes
What was the result (if there was no procedure for appeal, so state.)
"Case file opened, Original response to stand" (See attached copies of grievance and appeal).

D. If your answer is NO, explain why not:
not applicable

E. Is the grievance procedure now completed? YES (xx) NO ( )

F. If there is no grievance procedure in the institution, did you complain to authorities? YES (XX) NO ( )

G. If your answer is YES:

1. What steps did you take?

   (see Narrative on Attached Grievance Form)

2. What was the result?
   That criminal charges were filed against the attackers.

   Case number: #C2006-0001133. Matter appealed to Cook Co. D.O.C.

   grievnance commitee; date of appeal: 12/7/06; That the petitioner/

   victim was not satisfied as to the response of the administration, as to the proper handling of my grievance.

H. If your answer is NO, explain why not:

4

IV.  List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

A.  Name of case and docket number: _____ N/A _____

B.  Approximate date of filing lawsuit: _____ N/A _____

C.  List all plaintiffs (if you had co-plaintiffs), including any aliases: _____ N/A _____

D.  List all defendants: _____ N/A _____

E.  Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____ N/A _____

F.  Name of judge to whom case was assigned: _____ N/A _____

G.  Basic claim made: _____ N/A _____

H.  Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____ N/A _____

H.  Approximate date of disposition: _____ N/A _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

IV.   Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On or about October 20, 2006, the plaintiff complained to sargent Cruz # 1874, sargent Salemi # 1543 of the Cook County jail, and to lutenient Smith #153 of several attempts on his life by known gang members that resided on the dorm with him, (E - 2). In addition to the plaintiff informing these individuals that he needed to be moved off of the wing to prevent him from being injured or killed the defendant officer JACOBSON # 8781. had prior notice of these three gange members and their tendency for mischief and violence during his watch on E - 2 Dorm. After notifying the above defendants and nothing being done the plaintiff called his brother on the phone and told him about the threats on him and informed him of the attemted attacks that had alredy taken place, the plaintiffs brother called the jail medical unit where the plaintiff was being housed and gave further notice to defendant Sargent Cruz # 1874 of the several attempted attacks and that he felt concearned for his brothers well-being. After talking to the plaintiffs brother Sargent CRUZ approached the plaintiff on his dorm E-2 that he wasnt going to move him for any reason under any circumstances.    LATER that same day Luitenant Smith # 153 approached the plaintiff on the dorm and told him to stop having his brother call the jail and that she was turning the issue back over the SARGENT Cruz. THEN ON THE

4

DATE OF NOVEMBER 13, 2006 THE PLAINTIFF WAS ATTACKED BY THREE GANGE MEMBERS. ONE OF THE THREE MEN STRUCK THE PLAINTIFF IN THE FACE AND CAUSED HIS LIP TO START BLEEDING PROFUSELY. DESPITE SCREEMING AND YELLING FOR HELP NO OFFICERS EVER INTERVENED. THE PLAINTIFF WAS CONTINUOUSLY BEATED SEVERLY WITH KICKS AND PUNCHES TO THE FACE AND STOMACH. THE PLAINTIFF FINALLY WAS ABLE TO MAKE HIS WAY TO THE HALLWAY LEAVING ATRAIL OF BLOOD. OFFICER MURRILO FINALLY ARRIVED AND ATTEMPTED TO CALL IN A 10-10 FOR ASSISTANCE. HOWEVER HIS RADIO DID NOT WORK. NEEDLESS TO SAY THE DEFENDANTS HAD ADEQUATE TIME TO ACCESS THE SERIOUS THREAT POSED THE PLAINTIFFS HEALTH AND WELLFARE AND HAD FAIR OPPORTUNITY TO TAKE PRE – CAUSIONARY MEASURES TO AFFORD HIM PROTECTION. THUS, THE DEFENDANTS WERE DELIBERATLY INDIFEERANT AND HAD RECKLESS DISREGARD OFR THE PLAINTIFFS SAFETY WHICH ULTIMATLY CAUSED THE DEFENDANT TO SUFFER A PERMENANT DISABILITY AS HIS (RIGHT) FOOT WAS BROKEN. DEFENDANTSL LIEUTENANT SMITH STAR # 153, SARGENT CRUZ # 1874, SGT. SALEMI # 1543 ALL KNEW OF THE DANGER THAT EXISTED TO THE PLAINTIFF SPECIFICALY AND FAILED IN THEIR DUTIES TO PROTECT THE PLAINTIFF AND THE TENDENCIES OF THESE THREE OTHER INMATES/GANGEMEMBERS.

DEFENDANT MICHAEL F. SHEAHAN IN HIS NEGLIGENCE IN THAT HE ALSO FAILED TO PROVIDE PROPER STAFFING AT THE COOK COUNTY JAIL AND THE SAFTY OF THE INMATES IN THEIR INDIVIDUAL HOUSING UNITS. THE PLAINTIFF SUFFERS FROM LIMITED MOBILITY OF HIS RIGHT ANKE AND FOOT AND CHRONIC PAIN TO THE SAME, PARONOID EPISODES AND OCCASIONAL BLACKOUTS AND HAD TO HAVE AN OPERATION ON HIS FOOT AS WELL AND PHISIOLOGICAL AND PSYCHOLOGICAL TRAUMA.

THE OFFICERS AT TEH COOK COUNTY JAIL MUST "CROSS-WATCH" THE DORMS AND

AND PERFORM THESE DUTIES WITHOUT RELIEF AND THIS UNETHICAL PRACTICE LEAVES THE INMATES IN AN EXTREAMLY INJURIOUS ENVIRONMENT UNATTENDEN FOR HOURS AT A TIME.

THE AFOREMENTIONED DEFENDANTS NEGLIGENCE IN MOVING THE PLAINTIFF VIOLATED THE PLAINTIFFS RIGHTS TO BE FREE FORM CRUEL AND UNUSUAL PUNISHMENT AND ANGUISH.

RELIEF REQUESTED ; THEREFORE THE PLAINTIFF REQUESTS THAT HE BE AWARDED COMPENSATORY DAMAGES IN THE AMOUNT OF $400,000.DOLLARS AND A PUNITIVE AWARD IN THE AMOUNT OF $200,000.DOLLARS.

RESPECTFULLY SUBMITTED,

SIGNED: *Rodney Sangster*

VI.  Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Officers and supervisors need to be better trained and be aware of the mixture of non-violent offenders with violent. The attitude of "if you don't like it, stay out of prison" rules the day. So, better training and awareness of the potential for harm to come to those whose charge they keep. In addition, payment for the pain of suffering a broken leg, inadequate medical care and a lifetime of complications caused by the carelessness and neglect of the staff in a situation that could have been prevented by listening.
Wherefore, the Plaintiff requests relief in the amount of $500,000 dollars for the inadequate care, professional indifference and compensatory and punitive damages against a lifetime of pain with every step and any other relief as the Honorable Court sees fit.

I declare under penalty of perjury that all facts given in the complaint are true and correct.

Signed this __23rd__ day of __May, 2007__

_Rodney Sangster B-36843  5-23-07_
Rodney Sangster, B36843

(Signature of plaintiff or plaintiffs)

__B36843__
(I.D. Number)

PO Box 500

__Vandalia, IL 62471__

(Address)

8

Part-A Control #: 2006X 1393

Referred To: IAD

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: Sangster       First Name: Rodney

ID #: 2005-0095110   Div.: 8   Living Unit: C-3   Date: 11/17/06

BRIEF SUMMARY OF THE COMPLAINT: On 11/13/06 at approximately 1:25 pm detainee Sangster was attack on tier E-2 by detainee Gilbert, Acory, Wallace in this incident Sangster was seriously injured. Suffering a broken ankle, bruises + swelling to left side of the face + deep cuts to the lip which required stitches. Two weeks prior to this attack detainee Sangster felt threatened by these same three detainees and he complained to Sgt. Cruz + Sgt. Salemi and Lt. Smith asking them to move him to another tier but they ignored his complaints then on the morning of 11-9-06 while detainee Sangster was off the tier,

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
Sgt. Cruz, Sgt. Salemi, Lt. Smith + Detainee Joseph Wenglare #2003-0009631

ACTION THAT YOU ARE REQUESTING:
Request Hearing on the above mentioned Negligence

DETAINEE SIGNATURE: Rodney Sangster

C.R.W.'S SIGNATURE: Soc Work Dept       DATE C.R.W. RECEIVED: 11/30/06

Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

getting his diabetic shot [illegible] [illegible] were stolen and although detainee Sangster could not directly implicate detainee Gilbert, Acory, Wallace, he felt threatened by them to such a degree he had his brother Arlin Sangster call and talk to Sgt Cruz and Lt Smith to have him moved However detainee Sangster was not moved and his situation between these other three detainees grew worse detainee Sangster then sent a request slip to Social worker Dean who referred the request slip to Sgt Cruz and on the morning of 1-13-06 Sgt Cruz came to tier E-2 with the Request slip and told detainee Sangster he was not going to move him and proceeded to move several other inmates leaving detainee Sangster in harms way. A short time later detainee Sangster was attack by these three individuals and there was no care exercised by officers Jacobsen ~~Peterson~~ and officer Murillo who were assigned to tiers E-2 E-3 to protect detainee Sangster from the attack and not only does detainee Sangster assert that the assault on him was preventable but he requests that this incident be investigated properly and Responsibility be assiged for the failure to take protective measures to prevent the assault of detainee

Sangster and the negligence which occurred while he was being assaulted not only were Sgt Cruz Sgt Salemi and Lt. Smith deliberately indifferently to the safety of detainee Sangster but they subjected him to substantial risk of injury by ignoring his repeated complaints about being threatened and requests to be moved

Part – B / Control #: 2006 X 1393

# C.C.D.O.C. DETAINEE GRIEVANCE / REFERRAL & RESPONSE

*EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFTEY OF A DETAINEE*

Detainee's Last Name: Sangston   First Name: Rodney   ID#: 2005-0095110

Is This Grievance An **Emergency**? YES ☐   NO ☑

C.R.W.'S Summary Of The Complaint: Inmate said he was jumped on by inmates.

C.R.W. Referred Griev. To: IAD   Date Referred: 11/30/06

Response Statement: Criminal ___ file # C 2006-0001133 ___ opened

___ (print - name of individual responding to this griev.) ___ (signature of individual responding to this griev.) Date: 12/04/06 Div./Dept. IAD

Capt A Hall ___ (print - name of Supt. / Designee / Dept. Admin.) ___ (signature of Supt. / Designee / Dept. Admin.) Date: 12/6/06 Div./Dept. 8

Warren ___ (print - name of Prog. Serv. Admin./ Asst. Admin.) ___ (signature of Prog. Serv. Admin./ Asst. Admin.) Date: 12/14/06

Date Detainee Received Response: 12/5/06   Detainee Signature: Rodney Sangston

## REQUEST FOR AN APPEAL

*APPEALS MUST BE MADE WITHIN 14 DAYS OF THE DATE THE DETAINEE RECEIVED THE RESPONSE*

Date Detainee Request For An Appeal: 12/7/06

Detainee's Basis For An Appeal: not satisfied with the outcome, and or the response of the Administrat

Appeal Board's Acceptance Of Detainee's Request:   YES ☐   NO ☐

Appeal Board's Reasoning / Decision / Recommendation To The Superintendent Or Administrator:

Appeal Board's Signatures / Dates:

Date Detainee Rec.'d the Appl. Bd.'s Response: __/__/__   Detainee Signature: _____

GRIEVANCE CODE(S): (____) (____) (____) (____)

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Part-A Control #: XXX X1448

Referred To: cermak

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: SANGSTER　　First Name: RODNEY

ID #: 2005-0095110　Div.: 8　Living Unit: RTU-3　Date: 12/20/06

BRIEF SUMMARY OF THE COMPLAINT: ON NOVEMBER 13, 2006, DETAINEE RODNEY SANGSTER WAS RUSHED TO ST. ANTHONY HOSPITAL FOR A BROKEN ANKLE, THERE HE WAS SEEN BY A BONE DOCTOR AND TOLD HE NEEDED TO RETURN FOR FOLLOW-UP SURGERY THE NEXT DAY. DETAINEE SANGSTER HASN'T RETURNED TO ST. ANTHONY AND HAS SUFFERED TO DEAF EARS WITHOUT THE PROPER PAIN MEDICATION OR MEDICAL TREATMENT. ON DECEMBER 4, 2006, HE WAS TAKEN TO STROGER HOSPITAL AND AFTER BEING SEEN BY A TEAM OF SPECIALISTS, WAS ONCE AGAIN INFORMED, SURGERY WAS NEEDED. ON DECEMBER 13, 2006, DETAINEE SANGSTER WAS TAKEN TO CERMAK HOSPITAL, WHERE THE DOCTOR INQUIRED HAD THE (NEXT PAGE)

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: TO SCHEDULE THE NEEDED SURGERY, AND TO

ACTION THAT YOU ARE REQUESTING: FOLLOW UP AS SOON AS POSSIBLE

DETAINEE SIGNATURE: Rodney Sangster

C.R.W.'S SIGNATURE: [signature]　　DATE C.R.W. RECEIVED: 12/21/06

Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.

(WHITE COPY – PROG. SERV.)　(YELLOW COPY – C.R.W.)　(PINK COPY – DETAINEE)　(GOLDENROD COPY – DIVISION/SUPT. OFFICE)

(1)

SURGERY BEEN PERFORMED YET? DETAINEE SANGSTER TOLD THE DOCTOR, NO, BUT WAS SCHEDULED TO GET IT AT PROVIDENT HOSPITAL, AS OF THIS DATE, DECEMBER 20, 2006, DETAINEE SANGSTER, STILL IS IN EXCRUCIATING PAIN. DETAINEE SANGSTER IS A DIABETIC, AND SINCE HE HASN'T RECEIVED A WHEELCHAIR TO GET BACK AND FORTH TO THE HOSPITAL, OR COURT, HE DEVELOPED A BLISTER ON THIS FOOT. BEING DIABETIC, THIS COULD MAKE HIM A CANDIDATE FOR INFECTION, OR AMPUTATION.

WHEREFORE, DETAINEE SANGSTER, WITH RESPECT, REQUESTS THE ADMINISTRATION TO SCHEDULE THE NEEDED SURGERY, AS SOON AS POSSIBLE, AND, A FOLLOW-UP TO SEE THAT THE SURGERY WAS COMPLETED.

(2)

Rodney Sangster
20050095110

# C.C.D.O.C. DETAINEE GRIEVANCE / REFERRAL & RESPONSE

*EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF A DETAINEE*

Detainee's Last Name: **Sangster**  First Name: **Rodney**  ID#: **2005-0095110**

Is This Grievance An **Emergency**?  YES ☐  NO ☒

C.R.W.'S Summary Of The Complaint: **Detainee alleges lack of medical treatment.**

C.R.W. Referred Griev. To: **Cermak**  Date Referred: **12/21/06**

Response Statement: **Referred to Medical Department.**

(print - name of individual responding to this griev.): **[signature]**  Date: **12/28/06**  Div./Dept: **[illegible]**

(print - name of Supt./Designee/Dept. Admin.): **Supt. M.J. Salazar**  (signature)  Date: **1/4/07**  Div./Dept: **3/8**

(print - name of Prog. Serv. Admin./Asst. Admin.): **[illegible]**  (signature)  Date: **12/28/06**

Date Detainee Received Response: **1/4/07**  Detainee Signature: **Rodney Sangster**

## REQUEST FOR AN APPEAL

*APPEALS MUST BE MADE WITHIN 14 DAYS OF THE DATE THE DETAINEE RECEIVED THE RESPONSE*

Date Detainee Request For An Appeal: **12/29/06  1-4-07**

Detainee's Basis For An Appeal: **No response from grievance lack of medical treatment**

Appeal Board's Acceptance Of Detainee's Request:  YES ☐  NO ☐

Appeal Board's Reasoning / Decision / Recommendation To The Superintendent Or Administrator:

Appeal Board's Signatures / Dates:

Date Detainee Rec.'d the Appl. Bd.'s Response: ___/___/___  Detainee Signature: _____

GRIEVANCE CODE(S): (____) (____) (____) (____)

(WHITE COPY – PROG. SERV.)  (YELLOW COPY – C.R.W.)  (PINK COPY – DETAINEE)  (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Name: Sangster, Rodney
Age: 57
Gender: M
Medrec: 2842827
Acct: 709735403
Attending: PES
Primary Nurse: BEL
Bed: ED ED 06

# SAINT ANTHONY HOSPITAL
# DISCHARGE INSTRUCTIONS

FINAL DIAGNOSIS
FX TRIMALLEOLAR-CLOSED

ADDITIONAL DIAGNOSIS
DIABETES MELLITUS
hyperglycemia
intraoral lip laceration

FOLLOWUP CONTACT

Edgardo Rodriguez DPM
60 E Delaware Place, Suite 148
Chicago IL 60611
Phone: 3123353939

SPECIAL INSTRUCTIONS
No weightbearing on right leg. Return to ER if worse.

Follow-up with Dr. Rodriguez tomorrow at 1PM at Physician Center

MEDICAL INSTRUCTIONS
HYPERGLYCEMIA

You have hyperglycemia. This means your blood sugar level is too high. A normal blood sugar (glucose) is 60-120 mg/dL; it may normally rise up to 170 mg/dL after meals. Your blood glucose today is
_____mg/dL. Hyperglycemia usually means you have diabetes. Further tests may be needed to be certain about the diagnosis. Diabetes affects about 5% of the adult population. It is associated with a number of medical problems including: heart disease, stroke, kidney disease, circulation problems, and blindness. Diabetes is treated by controlling the blood sugar levels. This is effectively accomplished by a combination of:
* Diet, weight loss, and proper regular exercise

* Close monitoring of blood sugar levels (Chemstrips, glucose meters)

* Insulin injections or oral hypoglycemic drugs if other measures do not control the sugar adequately
Please see your doctor as recommended for further treatment of this problem.
INTRAORAL LACERATION

Your exam shows you have a cut inside your mouth. If it is deep or bleeds too much, stitches may be needed to hold it together. Most cuts in the mouth are minor and heal in 4-5 days. If stitches were used inside your mouth, they will usually come out on their own within one week. To control bleeding you may apply direct pressure to the cut by squeezing it between your thumb and finger with a piece of gauze for several minutes. Sucking on an ice cube or popsicle will reduce the pain and swelling. For the next 2-3 days eat a soft diet, avoid citrus juices, and stay away from salty or spicy foods. Rinse your mouth out with warm water right after you eat to remove any food particles from the cut. Watch for signs of wound infection. These include unusual pain and swelling or pus drainage from around the cut. See your doctor or return here right away if you think your wound is infected. You may need a tetanus booster if you

Name: Sangster, Rodney
Age: 37
Gender: M
Medrec: 2842827
Acct: 709735403
Attending: PES
Primary Nurse: BEL
Bed: ED ED 06

# SAINT ANTHONY HOSPITAL
# DISCHARGE INSTRUCTIONS

have not had one within 5 years.
CRUTCH INSTRUCTIONS

You need crutches because your doctor does not want you to walk on your injured leg. Use your crutches all the time until your doctor tells you that you can bear weight on your injured limb again. Crutches should fit properly. Place the crutch tips on the floor about 6 to the side of each foot. Adjust the length so that 2 or 3 fingers fit between the top of the crutch and the armpit. Adjust the hand grip so that there is a slight bend in the elbow. The swing through gait: lift the injured leg off the floor and place both crutches a comfortable distance forward; bear down on your hands, straighten your elbows, lift your strong foot off the floor, and swing your body between the crutches. Bring the crutches forward and and repeat these steps. Make sure you have your balance before lifting the crutches for your next step. Stairs and curbs: to get up and down stairs where there is a railing, place both crutches under one arm and support yourself evenly as you go up them or down. If there is no railing, leave the crutches on the level where you are standing and raise your strong foot to the higher level and then stand straight. To go down a step or curb, place the crutches on the lower level leading with your injured leg; then put your weight on your hands, bend your strong leg to lower your body, and move your strong foot forward with a quick motion. Getting in and out of chairs: place both crutches under your weak side and use your free hand to hold onto the chair as you lower or raise yourself with your strong leg. Please call your doctor if you have any questions about your injury or how to use your crutches properly.
DIABETES – TYPE 1

You have type 1 or juvenile diabetes. This means you require insulin because your pancreas is not working properly. Insulin is a hormone that allows the body to use the sugar that you get from food. People with diabetes have high blood sugars (glucose level). This causes many symptoms, and can lead to damage to different organs, nerves, and blood vessels. Symptoms of early diabetes include weight loss, fatigue, dehydration, increased urination, blurred vision, itching and pain in the legs and hands. Without regular insulin injections, a type 1 diabetic will develop dehydration and extremely high blood sugars and imbalances in the body fluids and salts. Type 1 diabetes appears to be inherited. While it cannot be cured, you can learn to live with it. If your diabetes is newly diagnosed there may be a period when the effect of the disease is minor and your insulin requirement is very small. In most caes type 1 diabetes requires lifelong insulin shots. It is important that you be well educated in managing your diabetes. Blood sugar tests should be done several times daily, and you should have regular medical follow-up. If diabetes is poorly managed, this increases the risk for heart and kidney disease as well as stroke, bad circulation, blindness, nerve disorders, and infections. It is important to use the proper dose and type of insulin based on your blood sugar, diet needs, and activity. Diabetic eduction programs are available at most hospitals. These programs teach you how to measure, mix, and inject your proper dose of insulin, and how to monitor your blood sugar level. Diet and exercise programs are also very important in managing type 1 diabetes. You should recognize the signs of low blood sugar (hypoglycemia) which can happen to any diabetic on treatment. Hypoglycemia symptoms include dizziness, weakness, confusion, hunger, sweating, sleepiness, seizures, and coma. If you notice any of these symptoms, you should take in sugar (candy, juice, or other sweet snack), and check your blood glucose level. You should also get a medical alert bracelet identifying you as a diabetic. Call your doctor if you have very high blood sugars or experience a hypoglycemic episode. Call right away or go to the emergency room if you have any serious symptoms such as extreme weakness, repeated vomiting, dehydration,

Name: Sangster, Rodney
Age: 37
Gender: M
Medrec: 2842827
Acct: 709735403
Attending: PES
Primary Nurse: BEL
Bed: ED ED 06

# SAINT ANTHONY HOSPITAL
# DISCHARGE INSTRUCTIONS

fainting, or abdominal or chest pain.
SPLINT CARE

Your doctor has applied a splint to rest and protect your injury. Splints can be made of plaster, fiberglass, or metal; they are used to treat fractures, sprains, tendonitis, and other injuries. Please keep your injury elevated to reduce swelling and pressure under your splint. If an elastic bandage has been used to hold the splint, it can be loosened for increased swelling or pain. Try to keep your splint clean and dry. They can be used for weeks if needed to treat serious sprains, or minor fractures. Do not put objects under your splint to scratch yourself. Call your doctor right away if you have:
* Increased pain or pressure around the injury

* Numbness, tingling, or painful, cool toes or fingers
Call your doctor for follow up care as recommended, especially if your splint becomes too soft or broken before you are healed.

PRESCRIPTIONS

**Penicillin V Potassium : Tablet : V potassium 500 mg : Oral**
Dispense: 21, Quantity: 1, Schedule: 3 times a day

**Tylenol with Codeine #3 : Tablet : 300 mg-30 mg : Oral**
Dispense: 15, Quantity: 1-2, Schedule: every 4 to 6 hours as needed