**PRISONER CASE**

Cat III 

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

| | | |
|---|---|---|
| **Plaintiff(s):** RODNEY SANGSTER | **Defendant(s):** | MICHAEL SHEAHAN, etc., et al. |
| **County of Residence:** JOHNSON | **County of Residence:** | |
| **Plaintiff's Address:** Rodney Sangster B-36843 Vandalia - VAN P.O. Box 500 Vandalia, IL 62471 | **Defendant's Attorney:** | |

FILED
MAR 31 2008
Mar 31, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☑ 3. Federal Question (U.S. gov't. not a party)
☐ 2. U.S. Government Defendant
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only**
Plaintiff:
Defendant:

08CV1835
JUDGE NORGLE
MAG. JUDGE VALDEZ

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison conditions

**Cause of Action:** 42:1983pr

**Jury Demand:** ☐ Yes ☑ No

**Signature:** A.E. Woodham  **Date:** 03/31/2008