AO 240 (1/94)

# United States District Court

FILED

MAR 3 1 2008
Mar 31, 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

__Northern__ DISTRICT OF __Illinois__

Rodney Sangster
    **Plaintiff**

V.

Cook County Sheriff Michael Sheahan,
CCDOC Employees SGT Cruz, SGT Salemi &
Lt. Smith **Defendant**

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

**08CV1835**
**JUDGE NORGLE**
**MAG. JUDGE VALDEZ**

I, _____Rodney Sangster_____ declare that I am the (check appropriate box)

[X] petitioner/plaintiff/movant      [ ] other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?:    [X] Yes    [ ] No    (If "No" go to Part 2)

    If "Yes" state the place of your incarceration _Vandalia Correctional Center Vandalia, IL_

    Are you employed at the institution? _No_   Do you receive any payment from the institution? _No_

    Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    [ ] Yes    [X] No

    a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
    Museum of Science & Industry, Chicago, IL
    Cook $275 every two weeks average

3. In the past 12 twelve months have your received any money from any of the following sources?

    | | | Yes | No |
    |---|---|---|---|
    | a. | Business, profession or other self-employment | [ ] | [X] |
    | b. | Rent payments, interest or dividends | [ ] | [X] |
    | c. | Pensions, annuities or life insurance payments | [ ] | [X] |
    | d. | Disability or workers compensation payments | [ ] | [X] |
    | e. | Gifts or Inheritances | [ ] | [X] |
    | f. | Any other sources | [ ] | [X] |

    If the answer to any of the above is "Yes" describe each source of money and state the amount received and what you expect you will continue to receive.

AO 240 (1/94)

4. Do you have any cash or checking or savings accounts?  ☐ Yes   ☒ No

   If "Yes" state the total amount. _N/A_

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?   ☐ Yes   ☒ No

   If "Yes" describe the property and state its value.

   _N/A_

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   _N/A_

I declare under penalty of perjury that the above information is true and correct.

_5/23/07_      _Rodney Sampton 5-23-07_
DATE               SIGNATURE OF APPLICANT

## CERTIFICATE

(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ _.70_ on account to his/her credit at (name of institution) _Vandalia Corr. Center_. I further certify that the applicant has the following securities to his/her credit: _N/A_ _____. I further certify that during the past six months the applicant's average balance was $ _15⁰⁰ per mth_.

_5/24/07_      _Melinda Winters_
DATE               SIGNATURE OF AUTHORIZED OFFICER

Date: 3/17/2008  
Time: 10:37am  
d_list_inmate_trans_statement_composite

Page 1

# Vandalia Correctional Center
## Trust Fund
### Inmate Transaction Statement

REPORT CRITERIA - Date: 08/01/2007 thru End; Inmate: B36843; Active Status Only ? : No; Print Restrictions ? : Yes; Transaction Type: All Transaction Types; Print Furloughs / Restitutions ? : Yes; Include Inmate Totals ? : Yes; Print Balance Errors Only ? : No

**Inmate: B36843 Sangster, Rodney**          **Housing Unit: VAN-B -04-92**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance: | | 0.11 |
| 08/14/07 | Payroll | 20 Payroll Adjustment | 226163 | | P/R month of 07/2007 | 15.00 | 15.11 |
| 08/15/07 | Disbursements | 84 Library | 227338 | Chk #29870 | 0809, DOC: 523 Fund Library, Inv. Date: 08/09/2007 | -.15 | 14.96 |
| 08/15/07 | AP Correction | 84 Library | 227538 | Chk #29870 Voided | 0809 - DOC: 523 Fund Library | .15 | 15.11 |
| 08/15/07 | Disbursements | 84 Library | 227338 | Chk #29873 | 0809, DOC: 523 Fund Library, Inv. Date: 08/09/2007 | -.15 | 14.96 |
| 08/20/07 | Point of Sale | 60 Commissary | 232720 | 472065 | Commissary | -14.54 | .42 |
| 08/27/07 | Mail Room | 01 MO/Checks (Not Held) | 239282 | 427508 | Sangster, Andre | 25.00 | 25.42 |
| 08/30/07 | Point of Sale | 60 Commissary | 242731 | 473593 | Commissary | -22.80 | 2.62 |
| 09/06/07 | Point of Sale | 60 Commissary | 249720 | 474421 | Commissary | -1.38 | 1.24 |
| 09/13/07 | Payroll | 20 Payroll Adjustment | 256163 | | P/R month of 08/2007 | 15.00 | 16.24 |
| 09/13/07 | Disbursements | 90 Medical Co-Pay | 256338 | Chk #30127 | 09102007, DOC: 523 Fund Inmate, Inv. Date: 09/10/2007 | -2.00 | 14.24 |
| 09/13/07 | Disbursements | 83 Copies | 256338 | Chk #30127 | 9052007, DOC: 523 Fund Inmate, Inv. Date: 09/05/2007 | -.50 | 13.74 |
| 09/17/07 | Point of Sale | 60 Commissary | 260720 | 475499 | Commissary | -13.13 | .61 |
| 09/18/07 | AP Correction | 83 Copies | 261538 | Chk #30127 Voided | 9052007 - DOC: 523 Fund Inmate | .50 | 1.11 |
| 09/18/07 | AP Correction | 90 Medical Co-Pay | 261538 | Chk #30127 Voided | 09102007 - DOC: 523 Fund Inmat | 2.00 | 3.11 |
| 09/18/07 | Disbursements | 90 Medical Co-Pay | 261338 | Chk #30185 | 09102007, DOC: 523 Fund Inmate, Inv. Date: 09/10/2007 | -2.00 | 1.11 |
| 09/18/07 | Disbursements | 83 Copies | 261338 | Chk #30185 | 9052007, DOC: 523 Fund Inmate, Inv. Date: 09/05/2007 | -.50 | .61 |
| 10/11/07 | Point of Sale | 60 Commissary | 284720 | 478831 | Commissary | -.51 | .10 |
| 10/12/07 | Payroll | 20 Payroll Adjustment | 285163 | | P/R month of 09/2007 | 15.00 | 15.10 |
| 10/15/07 | Point of Sale | 60 Commissary | 288720 | 479253 | Commissary | -14.57 | .53 |
| 11/14/07 | Payroll | 20 Payroll Adjustment | 318163 | | P/R month of 10/2007 | 15.00 | 15.53 |
| 11/15/07 | Disbursements | 84 Library | 319338 | Chk #30612 | 1024, DOC: 523 Fund Library, Inv. Date: 10/24/2007 | -.30 | 15.23 |
| 11/15/07 | Point of Sale | 60 Commissary | 319731 | 482845 | Commissary | -14.34 | .89 |
| 12/13/07 | Payroll | 20 Payroll Adjustment | 347163 | | P/R month of 11/2007 | 14.40 | 15.29 |
| 12/13/07 | Disbursements | 90 Medical Co-Pay | 347338 | Chk #30861 | 12122007, DOC: 523 Fund Inmate, Inv. Date: 12/12/2007 | -2.00 | 13.29 |
| 12/13/07 | Disbursements | 90 Medical Co-Pay | 347338 | Chk #30861 | 11302007, DOC: 523 Fund Inmate, Inv. Date: 11/30/2007 | -2.00 | 11.29 |
| 12/17/07 | Point of Sale | 60 Commissary | 351731 | 486332 | Commissary | -9.44 | 1.85 |
| 12/18/07 | Disbursements | 80 Postage | 352338 | Chk #30900 | 12182007, Pitney Bowes Credit, Inv. Date: 12/18/2007 | -.41 | 1.44 |
| 12/24/07 | Point of Sale | 60 Commissary | 358720 | 487715 | Commissary | -1.32 | .12 |
| 12/26/07 | Mail Room | 01 MO/Checks (Not Held) | 360282 | 430898 | Sangster, Andre | 30.00 | 30.12 |
| 01/07/08 | Point of Sale | 60 Commissary | 007720 | 487861 | Commissary | -28.05 | 2.07 |
| 01/09/08 | Disbursements | 80 Postage | 009338 | Chk #31061 | 01082008, Pitney Bowes Credit, Inv. Date: 01/08/2008 | -.97 | 1.10 |
| 01/14/08 | Payroll | 20 Payroll Adjustment | 014163 | | P/R month of 12/2007 | 11.52 | 12.62 |
| 01/14/08 | Disbursements | 84 Library | 014338 | Chk #31103 | 0110, DOC: 523 Fund Inmate Rel, Inv. Date: 01/10/2008 | -.45 | 12.17 |
| 01/14/08 | AP Correction | 84 Library | 014538 | Chk #31103 Voided | 0110 - DOC: 523 Fund Inmate Re | .45 | 12.62 |
| 01/14/08 | Disbursements | 84 Library | 014338 | Chk #31104 | 0110, DOC: 523 Fund Library, Inv. Date: 01/14/2008 | -.45 | 12.17 |
| 01/24/08 | Point of Sale | 60 Commissary | 024720 | 490424 | Commissary | -11.89 | .28 |
| 02/14/08 | Payroll | 20 Payroll Adjustment | 045163 | | P/R month of 01/2008 | 12.66 | 12.94 |
| 02/14/08 | Disbursements | 90 Medical Co-Pay | 045338 | Chk #31354 | 02132008, DOC: 523 Fund Inmate, Inv. Date: 02/13/2008 | -2.00 | 10.94 |
| 02/22/08 | Point of Sale | 60 Commissary | 053731 | 494153 | Commissary | -8.69 | 2.25 |

# Vandalia Correctional Center
## Trust Fund
### Inmate Transaction Statement

REPORT CRITERIA - Date: 08/01/2007 thru End;   Inmate: B36843;   Active Status Only ? : No;   Print Restrictions ? : Yes;
Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: B36843 Sangster, Rodney**                    **Housing Unit: VAN-B -04-92**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 02/27/08 | Disbursements | 90 Medical Co-Pay | 058338 | Chk #31473 | 02212008, Pitney Bowes Credit, Inv. Date: 02/21/2008 | -2.00 | .25 |
| 02/27/08 | AP Correction | 90 Medical Co-Pay | 058538 | Chk #31473 Voided | 02212008 - Pitney Bowes Credit | 2.00 | 2.25 |
| 03/13/08 | Payroll | 20 Payroll Adjustment | 073163 | | P/R month of 02/2008 | 14.40 | 16.65 |
| 03/13/08 | Disbursements | 84 Library | 073338 | Chk #31574 | 0307, DOC: 523 Fund Library, Inv. Date: 03/07/2008 | -.15 | 16.50 |
| 03/13/08 | Mail Room | 01 MO/Checks (Not Held) | 073282 | 1055885 | Cook County | 200.00 | 216.50 |
| 03/13/08 | Disbursements | 90 Medical Co-Pay | 073338 | Chk #31578 | 02212008, DOC: 523 Fund Inmate, Inv. Date: 02/27/2008 | -2.00 | 214.50 |
| 03/17/08 | Point of Sale | 60 Commissary | 077716 | 497090 | Commissary | -43.10 | 171.40 |

|  |  |
|---|---|
| Total Inmate Funds: | 171.40 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | .00 |
| Funds Available: | 171.40 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |