UNITED STATES DISTRICT COURT
Northern DISTRICT OF ILLINOIS

FILED
MAR 31 2008
Mar 31, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Rodney Sangster
Plaintiff(s)

v.

Cook County Sheriff Michael Sheahan,
CCDOC Employees Sgt. Cruz, Sgt. Salemi &
Lt. Smith, et al.
Defendant(s)

08CV1835
JUDGE NORGLE
MAG. JUDGE VALDEZ

## MOTION FOR APPOINTMENT OF COUNSEL

1. I, _____Rodney Sangster_____, declare that I am the (check appropriate box)
   [X] plaintiff  [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding: Referral to Patricia Bender, she has been unresponsive in both the filing of the suit and in communication with the client. I am indigent and cannot afford to retain counsel.

3. In further support of my motion, I declare that (check appropriate box):

   [XX] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   [ ] I am currently, or previously have been, represented by an attorney appointed by this Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   [XX] I have attached an original Application to Proceed In Forma Pauperis in the proceeding detailing my financial status.

   [ ] I have previously filed an Application to Proceed In Forma Pauperis in this proceeding and it is a true and correct representation of my financial status.

   [ ] I have previously filed an Application to Proceed In Forma Pauperis in this proceeding; however, my financial status has changed and I have attached an amended Application to Proceed In Forma Pauperis to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

/s/ Rodney Sangster B36843 5-23-07
Rodney Sangster
Box 500, Reg.No. B36843
VANDALIA CORRECTIONAL CENTER.
VANDALIA IL, 62471

Date: 5/23/07