UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RODNEY SANGSTER, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 1835 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Charles Norgle |
| COOK COUNTY SHERIFF MICHAEL | ) | |
| SHEAHAN, CCDOC EMPLOYEES | ) | Magistrate Judge Valdez |
| SGT. CRUZ, Badge # 1874, SGT. SALEMI, | ) | |
| Badge # 1543, LT. SMITH, Badge # 153, and | ) | |
| OFFICER JACOBSEN, Badge # 8781, | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION TO ENLARGE THE TIME PERIOD IN WHICH
TO MOVE, ANSWER OR OTHERWISE PLEAD**

Defendants SGT. CRUZ #1874, SGT. SALEMI #1543, LT. SMITH #153, and OFC. JACOBSEN #8781, through their attorney, RICHARD A. DEVINE, State's Attorney of Cook County, by his Assistant State's Attorney, Paul W. Groah, pursuant to Federal Rule of Civil Procedure 6(b)(1), moves this Honorable Court to enlarge the time period in which to move, answer, or otherwise plead to June 23, 2008 and to vacate any and all defaults that may been entered. In support, Defendants state:

1. Defendants Sgt. Cruz #1874, Sgt. Salemi #1543, Lt. Smith #153, and Officer Jacobsen #8781 were served with process in this matter on April 16, 2008.

2. Defendants subsequently requested representation from the Cook County State's Attorney's Office, and the undersigned attorney was just assigned to represent all the Defendants in this matter.

3. The undersigned has ordered Cook County Department of Corrections records and Cermak Health Services Medical records that may be germane to Plaintiff's claims. These are expected to be available approximately four to six weeks from the filing of this motion.

4. That once the undersigned attorney is in receipt of all relevant correctional and medical records regarding the incident(s) alleged in the complaint, he will have to determine whether an answer or dispositive motion should be filed on behalf of the Defendants. If an answer is to be filed, the undersigned must meet with all served defendants to prepare their answers and determine whether any conflict in representation exists.

5. The Plaintiff will not be prejudiced by the resulting delay.

6. The undersigned attorney is not being dilatory in bringing this motion, and apologizes to this Honorable Court for any inconvenience that this delay may cause.

WHEREFORE, Defendants Sgt. Cruz, Sgt. Salemi, Lt. Smith, and Ofc. Jacobsen respectfully request that this Honorable Court grant them an enlargement of time until June 23, 2008 to move, answer or otherwise plead in this matter and request that the court vacate any defaults, technical or otherwise that may have been entered.

Respectfully Submitted,

RICHARD A. DEVINE
State's Attorney of Cook County

By:  *s/ Paul W. Groah*
Paul W. Groah
Assistant State's Attorney
Civil Actions Bureau
500 Richard J. Daley Center
Chicago, Illinois 60602
(312) 603-5147