UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RODNEY SANGSTER, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 1835 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Charles Norgle |
| COOK COUNTY SHERIFF MICHAEL | ) | |
| SHEAHAN, CCDOC EMPLOYEES | ) | Magistrate Judge Valdez |
| SGT. CRUZ, Badge # 1874, SGT. SALEMI, | ) | |
| Badge # 1543, LT. SMITH, Badge # 153, and | ) | |
| OFFICER JACOBSEN, Badge # 8781, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:  Rodney Sangster  #B36843
     Vandalia Correctional Center
     P.O. Box 500
     Vandalia, Illinois 62471

   **PLEASE TAKE NOTICE** that on May 9, 2008 at 9:30 a.m., I shall appear before the Honorable Judge Charles R. Norgle in the courtroom usually occupied by him in Room 2341 of the United States District Court, Northern District of Illinois, Eastern Division, and present the attached *Defendants Motion for Enlargement of Time.*

                              RICHARD A. DEVINE
                              State's Attorney of Cook County

        By:   /s/ *Paul W. Groah*
              Paul W. Groah
              Assistant State's Attorney
              500 Richard J. Daley Center
              Chicago, Il 60602
              (312) 603-5147

## CERTIFICATE OF SERVICE

   I, Paul W. Groah Assistant State's Attorney, hereby certify that the attached motion was served upon the person named above on May 5, 2008, electronically via the ECF-CM system and by depositing such copy in the United States Mail at 500 Richard J. Daley Center, Chicago, Illinois, in an envelope bearing sufficient postage.

                              /s/ *Paul W. Groah*
                              Paul W. Groah