## AFFIDAVIT

I, __Rodney Sangster_____, being duly sworn do repose and state that the attached __Letter to Clerk & Cashier__ is true and correct in substance and fact to the best of my knowledge.

[OFFICIAL SEAL  
BRUCE K. GRIGG  
Notary Public - State of Illinois  
My Commission Expires Mar 21, 2011]

/s/ __Rodney Sangster_____  
Petitioner, Rodney Sangster, #B-36843

Subscribed and sworn to before me this __13__ day of __May__, 2008.

__Bruce K. Grigg_____  
Notary Public

__March 21, 2011_____  
Expiration of Commission

# __B-36843__  
__VANDALIA_____ Correctional Center  
P.O. Box __500__  
__VANDALIA_____, Illinois __62471__

FILED  
MAY 19 2008  
MAY 19 2008  
MICHAEL W. DOBBINS  
CLERK, U.S. DISTRICT COURT

## NOTICE OF FILING

TO: __U.S. District Court__   TO: __U.S. District Court__   TO: _____

__Clerks Office_____   __Cashier's Desk  20th Floor__   _____

__219 S. Dearborn Street__   __219 S. Dearborn Street__   _____  
__Chicago, IL 60604__   __Chicago, IL 60604__   _____

Please take notice on __May 13_____, 2008, I filed with __U.S. District__ Court the attached __Letter of fee's_____, __3__ copy(ies) of which are served on you.

[OFFICIAL SEAL  
BRUCE K. GRIGG  
Notary Public - State of Illinois  
My Commission Expires Mar 21, 2011]

/s/ __Rodney Sangster_____  
Rodney Sangster, #B-36843

## AFFIDAVIT OF SERVICE

STATE OF ILLINOIS  )  
                   )  
COUNTY OF          )

I, __Rodney Sangster_____, being sworn state that I served the attached notice on the above named person(s) by placing a true and correct copy in an envelope(s), addressed as shown above, with the proper U.S. postage on each and deposited the envelope(s) in the U.S. Mail at __Vandalia Correctional CTR.__, Illinois, __62471__, on or about the hour of __3pm_____ on __May 13_____, __2008__.

[OFFICIAL SEAL  
BRUCE K. GRIGG  
Notary Public - State of Illinois  
My Commission Expires Mar 21, 2011]

/s/ __Rodney Sangster_____  
Rodney Sangster, #B-36843

Form revised 11/1/01

05-13-08

To:     Prisoner Correspondence
        Clerks Office/U.S. District Court
        219 S. Dearborn Street
        Chicago, IL 60604

From:   Rodney Sangster, #B-36842
         P.O. Box 500
         Vandalia, IL 62471

Re:     PRISONER CORRESPONDENCE, CASE NO. 08 C 1835

**FILED**

MAY 1 9 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

To Whom it may Concern,

I will parole from the Vandalia Corrrectional Center on 5-29-08.

Since I do not have any income upon being released, will I still be required to pay the filing fee of $350.00?

Please forward all future correspondence to me at the address below:

      Rodney Sangster
      11636 S. Eggleston
      Chicago, IL 60628

Thank you for your time and anticipated cooperation.

Respectfully,

*Rodney Sangster B-36843*

Rodney Sangster

OFFICIAL SEAL
BRUCE K. GRIGG
Notary Public - State of Illinois
My Commission Expires Mar 21, 2011

Sworn to and subscribed before me this
13th day of May, 20 08
Witness my hand and official seal.
Notary Public *Bruce K. Grigg*