# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of  Rodney Sangster  (Plaintiff)

v.

Michael Sheahan, et. al.,  (Defendants)

Case Number:                08 C 1835

Judge:  Charles R. Norgle

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Michael Sheahan, former Cook County Sheriff

SIGNATURE  /s/ Paul W. Groah

FIRM  COOK COUNTY STATE'S ATTORNEY'S OFFICE

STREET ADDRESS  500 RICHARD J. DALEY CENTER

CITY/STATE/ZIP  CHICAGO, IL 60602

ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)        TELEPHONE NUMBER

6192200                                       (312) 603-5147

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?        YES ☒        NO ☐

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?    YES ☐        NO ☒

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?        YES ☒        NO ☐

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?        YES ☒   NO ☐

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐