UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RODNEY SANGSTER, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 1835 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Charles Norgle |
| COOK COUNTY SHERIFF MICHAEL | ) | |
| SHEAHAN, CCDOC EMPLOYEES | ) | Magistrate Judge Valdez |
| SGT. CRUZ, Badge # 1874, SGT. SALEMI, | ) | |
| Badge # 1543, LT. SMITH, Badge # 153, and | ) | |
| OFFICER JACOBSEN, Badge # 8781, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

TO:   Rodney Sangster  #B36843
       Vandalia Correctional Center
       P.O. Box 500
       Vandalia, Illinois 62471

**PLEASE TAKE NOTICE** that on July 15, 2008, I caused to be filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, the attached *Defendants' Answers and Affirmative Defenses to Plaintiff's Complaint.*

RICHARD A. DEVINE
State's Attorney of Cook County

By:   /s/ *Paul W. Groah*
       Paul W. Groah
       Assistant State's Attorney
       500 Richard J. Daley Center
       Chicago, Il 60602
       (312) 603-5147

## CERTIFICATE OF SERVICE

I, Paul W. Groah Assistant State's Attorney, hereby certify that the attached was served upon the person named above on July 15, 2008, electronically via the ECF-CM system and by depositing such copy in the United States Mail at 500 Richard J. Daley Center, Chicago, Illinois, in an envelope bearing sufficient postage.

/s/ *Paul W. Groah*
Paul W. Groah