Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 1835 | DATE | 7-16-08 |
| CASE TITLE | Sangster (B-36843) v. Sheahan, et al. | | |

**DOCKET ENTRY TEXT:**

A status hearing is scheduled for July 30, 2008, at 10:00 a.m. The Court has been informed that Plaintiff is no longer incarcerated. Plaintiff is accordingly ordered to appear at the status hearing scheduled for July 30, 2008, at 10:00 a.m. At that time, the Court will establish a schedule for Plaintiff to pay the filing fee. If Plaintiff does not appear, this case will be dismissed for lack of prosecution.

*[signature: Charles R. Norgle]*

Docketing to mail notices.

JJD

FILED
2008 JUL 17 PM 5:01
CLERK, U.S. DISTRICT COURT