*MHN*

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1835 | **DATE** | 7/30/2008 |
| **CASE TITLE** | Sangster vs. Sheahan | | |

**DOCKET ENTRY TEXT**

Case dismissed for want of prosecution. Case terminated. The Clerk is directed to terminate all pending motions as moot.

*Charles R. Norgle*

■[ For further details see text below.]

Docketing to mail notices.

## STATEMENT

On July 16, 2008, the court issued a written order directing the Plaintiff, who is no longer incarcerated, to appear at a status hearing on July 30, 2008, at 10:00 a.m. In the court's July 16, 2008 order, the court indicated that if Plaintiff did not appear on July 30, 2008, the case would be dismissed for want of prosecution. Plaintiff did not appear for the July 30, 2008 status hearing, nor has Plaintiff otherwise contacted the court. The case is therefore dismissed for want of prosecution pursuant to Local Rule 41.1 See Williams v. Chicago Bd. of Educ., 155 F.3d 853 (7th Cir. 1998) ( affirming district court's dismissal for want of prosecution after plaintiff received due warning).

| | Courtroom Deputy Initials: | |
|---|---|---|

U.S. DISTRICT COURT
CLERK
2008 JUL 30 PM 5:02
FILED-ENT