IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| RODNEY SANGSTER<br>Plaintiff | ) Case No. 1-08-cv-01835<br>)<br>) |
| vs. | )<br>) |
| MICHAEL SHEAHAN, et.al.<br>Defendants | )<br>) |

FILED
AUG 2 6 2008  TC
AUG 26 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## MOTION TO VACATE DISMISSAL FOR WANT OF PROSECUTION PURSUANT TO FRCP 60 (b) 1

NOW COMES, the Plaintiff, RODNEY SANGSTER, pro se, motioning to vacate the dismissal for want of prosecution order of July 30, 2008, pursuant to FRCP 60 (b) 1, and in support thereof states:

1. That the above captioned case appeared on the Court's call for status on July 30, 2008.

2. That movant herein, Rodney Sangster did not appear because he did not have money for bus fare and for other reasons more fully stated in his attached sworn statement. (Attachment)

3. That movant is not knowledgeable on the law, is unemployed, and is without funds to hire an attorney.

4. That an attorney who may be interested in movant's case agreed to prepare this motion to vacate.

5. That movant acted diligently in trying to get his case reinstated.

6. That movant believes he has a meritorious claim and is desirous of proceeding.

7. That movant will make sure that he has arrangements for transportation for all court dates, from here on, if this Court will allow him this opportunity to reinstate his case.

WHEREFORE, Plaintiff, RODNEY SANGSTER, pro se, prays for entry of an order vacating the order dismissing his case for failure to appear on July 30, 2008, and prays that the Court returns the matter to the Court's call for further proceedings.

                                                                                 Respectfully submitted:

                                                                                 Rodney Sangster
                                                                                 5117 S. Western Avenue Apt. #1A
                                                                                 Chicago, Illinois 60609
                                                                                 773-567-3766

08-11-2008

On July 30, 2008 I, Rodney Sangster was to appear in Court but was unable to do so because of insufficient funds for transportation. I am a diabetic who at the present has no employment or income to survive on my own. I reside with one relative while receiving my mail at another relatives residence. Because of my situation I received my mail when it was brought to me and I was not able to meet my obligation or make proper arrangements to appear in Court because time would not allow me to gather the funds for transportation for the date in which I was to appear. However I am looking forward to reopening up my case and going forward from that point.

Sincerely Yours

Rodney Sangster

*/s/ Rodney Sangster*

"OFFICIAL SEAL"
Dara Michell
Notary Public, State of Illinois
My Commission Exp. 12/04/2008

*/s/ Dara Michell*

Sworn and subscribed to before me this August 11, 2008