IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN
DISTRICT OF ILLINOIS, EASTERN DIVISION

RODNEY SANGSTER ) Case No. 1-08-cv-01835
Plaintiff )
) Nagle
vs. )
)
)
MICHAEL SHEAHAN, et.al. )
Defendants )

NOTICE OF MOTION

**FILED**
AUG 2 6 2008 TC
AUG 26 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

TO: Cook County State's Attorney Office
500 Richard J. Daley Center
Chicago, Illinois 60602

PLEASE TAKE NOTICE that on __August 29__, 2008 at __9:30 a.m.__, I shall appear before the Honorable Judge Norgle, sitting in courtroom, 2341, at the United States District Court courthouse, 219 S. Dearborn, Chicago, Illinois, and then and there present the attached Motion to Vacate, hereto served upon you.

*Rodney Sangster*
Rodney Sangster
5117 S. Western Avenue Apt. #1A
Chicago, Illinois 60609
773-567-3766

CERTIFICATE OF SERVICE

I, Rodney Sangster, being duly sworn upon oath, state that I mailed a copy of the Notice and Motion upon the above at the above address by depositing same in the U.S. Mail, prepaid postage, Chicago, Illinois before the hour of 5:00 p.m., on this 26th day of August, 2008.

*Rodney Sangster*
Rodney Sangster

Subscribed and Sworn to before me this 26th day of August, 2008

*Patricia Bender*
Notary Public

OFFICIAL SEAL
PATRICIA BENDER
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:03/15/09