MHN



**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

FILED
AUG 26 2008  NH
8-26-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## NOTIFICATION OF CHANGE OF ADDRESS

NAME: Rodney Sangster

FIRM: Pro Se

STREET ADDRESS: 5117 Western #1A

CITY/STATE/ZIP: Chicago, Il. 60609

PHONE NUMBER: 773-567-3766

ARDC NO. (If Member of Illinois State Bar): _____

☐ I am a member of the General Bar for the Northern District of Illinois.

☐ Have you filed an appearance with this Court using a different name? If so, please indicate on the line provided: _____

*I currently have an appearance on file for the following active case(s):*

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 1-08-CV-01835 | Rodney Sangster vs. Michael Sheahan | Nasle |
|  |  |  |
|  |  |  |
|  |  |  |

_Rodney Sangster_
Attorney's Signature

8/26/08
Date

**Return completed form by FAX to 312-554-8512 Attn: Attorney Admissions, or by mail to Attorney Admissions, 219 S. Dearborn, Room 2050, Chicago, Illinois 60604**