# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Charles R. Norgle | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1835 | **DATE** | 8/29/2008 |
| **CASE TITLE** | Rodney Sangster vs. Michael Sheahan, et al. | | |

**DOCKET ENTRY TEXT**

The dismissal for want of prosecution is vacated and the case is reinstated.

Docketing to mail notices.

| | Courtroom Deputy Initials: | EF |
|---|---|---|